ERICH HERZOG, Respondent, *v.* SACHS QUALITY FURNITURE, INC., Appellant, Impleaded with Another.

(Submitted May 26, 1933; decided June 13, 1933.)

*William R. Hill* for appellant.
*Harry A. Gair* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.